# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                      Plaintiff,

v.

CORNETT GOLDEN,

                      Defendant,

**UNDER SEAL**

Criminal No. 19-CR-141 PJS/SER

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee: CORNETT GOLDEN
Detained at (custodian): HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
                      Charging Detainee With: Bank Robbery
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on May 17, 2019 at 1:00 p.m. in the courtroom of the Honorable Becky R. Thorson.

Dated: May 14, 2019

                                            ALEXANDER D. CHIQUOINE, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 14, 2019
Date

                                          UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1960 |
| Facility Address: | 401 4th Ave. S. | Race: | |
| | Minneapolis, MN 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                  (Signature)

SCANNED
MAY 14 2019 SAE
U.S. DISTRICT COURT ST. PAUL

Writ issued 5/14/19