UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CORNETT GOLDEN<br><br>Defendant. | Criminal File No. 19-CR-141 (PJS/SER)<br><br><br>NOTICE OF WITHDRAWAL<br>OF COUNSEL |

Please take notice that Aaron J. Morrison and Kristin K. Zinsmaster, previously appointed as attorneys for Defendant, Cornett Golden, hereby withdraw as counsel in the above-captioned matter. Defendant will continue to be represented by A.L. Brown, appointed on May 21, 2020 [ECF 73].

Respectfully submitted,

Dated: June 12, 2020

/s/ *Kristin K. Zinsmaster*
Kristin K. Zinsmaster
JONES DAY
Minn. Bar No. 0391299
90 South Seventh Street, Suite 4950
Minneapolis, MN  55402
(612) 217-8861

/s/ *Aaron J. Morrison*
Aaron J. Morrison
WOLD MORRISON LAW
Minn. Bar No. 0341241
TriTech Center, Suite 705
331 Second Avenue South
Minneapolis, MN  55401
(612) 341-2525