```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MINNESOTA
 2
      ------------------------------------------------------------
 3                                      )
      United States of America,         )   File No. 19-cr-141(1)
 4                                       )              (PJS/ECW)
                Plaintiff,               )
 5                                       )
      v.                                 )   Minneapolis, Minnesota
 6                                       )   March 1, 2021
      Cornett Golden,                    )   9:00 a.m.
 7                                       )
                Defendant.               )
 8    ------------------------------------------------------------

 9            BEFORE THE HONORABLE PATRICK J. SCHILTZ
                 UNITED STATES DISTRICT COURT JUDGE
10              (VIDEO CONFERENCE OF MOTION HEARING)

11    APPEARANCES
       For the Plaintiff:         U.S. ATTORNEY'S OFFICE
12                                JORDAN SING, AUSA
                                  JOSEPH THOMPSON, AUSA
13                                300 S. 4th St., #600
                                  Minneapolis, Minnesota 55415
14
       For the Defendant:         CAPITOL CITY LAW GROUP, LLC
15                                A.L. BROWN, ESQ.
                                  287 6th St. E, #20
16                                St. Paul, Minnesota 55101

17    Court Reporter:            DEBRA K. BEAUVAIS, RPR-CRR
                                  300 S. 4th St., #1005
18                                Minneapolis, Minnesota 55415

19

20
          Proceedings recorded by mechanical stenography;
21    transcript produced by computer.

22

23

24

25
```

1       **P R O C E E D I N G S**

2       **IN OPEN COURT**

3               THE COURTROOM DEPUTY:  United States District

4       Court for the District of Minnesota is now in session, the

5       Honorable Patrick J. Schiltz presiding.

6               THE COURT:  Good morning, everyone.  We're here

7       today on the case of United States of America v. Cornett

8       Golden.  The case is Criminal No. 19-0141.

9               If I could have the attorneys make their

10      appearances, please.  We'll begin with the prosecutors.

11              MR. SING:  Good morning, Your Honor.  Jordan Sing

12      and Joe Thompson on behalf of the United States.

13              THE COURT:  Good morning.

14              MR. THOMPSON:  Good morning, Your Honor.

15              THE COURT:  And Mr. Brown.

16              MR. BROWN:  A.L. Brown on behalf of Mr. Golden.

17              THE COURT:  Good morning.

18              Mr. Golden, good morning.

19              THE DEFENDANT:  Good morning.

20              THE COURT:  Are you able to see and hear me okay,

21      Mr. Golden?

22              THE DEFENDANT:  Yes, sir.

23              THE COURT:  All right.  And when the attorneys

24      were talking, were you able to hear and see them as well?

25              THE DEFENDANT:  Just now?  Yes, sir.

1          THE COURT:  Okay.

2          THE DEFENDANT:  If I do say so, yes.

3          THE COURT:  It's very important that you be able

4    to see and hear everything that happens this morning.  So if

5    at any time today you have any technological problems, be

6    sure to let me know right away.  Will you do that?

7          THE DEFENDANT:  Yes, sir.

8          THE COURT:  All right.  Mr. Golden, before we go

9    any further, I want to make sure you understand that you do

10   not have to participate in this hearing by video.  You have

11   the right to come down to court and be physically present in

12   the courtroom for this hearing.  It's entirely up to you

13   whether to give up that right and give us permission to

14   proceed by way of video.

15          So I just want to make sure you understand -- do

16   you understand that you do have the right to appear in

17   person for this hearing?

18          THE DEFENDANT:  Yes, sir.

19          THE COURT:  All right.  And are you willing to

20   give up that right and give us permission to conduct this

21   hearing by video?

22          THE DEFENDANT:  Is this -- this hearing about the

23   -- the pro se hearing?

24          THE COURT:  Yep.  This hearing is about two

25   letters that you sent me:  one where you ask for a new

1    attorney, and another where you ask to represent yourself

2    pro se.  That's what this hearing is about.

3                    THE DEFENDANT:  Yes, sir.

4                    THE COURT:  All right.  And I just want to make

5    sure that we have your permission to conduct this hearing by

6    video.  Do you give us permission to do that?

7                    THE DEFENDANT:  Yes, sir.  I believe I signed a

8    letter from Mr. Brown saying it's okay to do this like this.

9                    THE COURT:  Okay.  And, Mr. Brown, are you

10   satisfied that Mr. Golden understands that he has the right

11   to appear in person and he's giving up that right

12   voluntarily, knowingly, and intelligently?

13                   MR. BROWN:  I am, Your Honor.

14                   THE COURT:  Okay.  I accept Mr. Golden's waiver of

15   his right to appear in person, and we'll proceed to conduct

16   this hearing by video.

17                   Mr. Golden is charged with two counts of bank

18   robbery.  In November of 2019, shortly before his trial was

19   scheduled to begin, his then attorney moved to withdraw.  I

20   denied the motion finding that Mr. Golden had failed to show

21   justifiable dissatisfaction with his attorney.

22                   A few days later at the pretrial conference,

23   Mr. Golden submitted another letter making additional

24   accusations against his attorney.  On the basis of that

25   letter and other things that Mr. Golden had said, I

1    continued the trial, and I ordered that Mr. Golden undergo a

2    competency evaluation.  That evaluation has been completed.

3    The evaluators found that Mr. Golden is competent.

4              In the meantime, however, I determined that the

5    interests of justice suggested that it would be preferable

6    to appoint new counsel for Mr. Golden, which I did on May

7    21st of 2020.

8              As I've already mentioned, we're here today to

9    address two letters that I recently received from

10   Mr. Golden.  In a letter dated January 5th of 2021,

11   Mr. Golden asked to proceed pro se because he said his

12   counsel had a conflict of interest and there had been a

13   total breakdown in communication.

14             In a letter dated January 29th of 2021, Mr. Golden

15   asked me to appoint new counsel for him on the basis that

16   his current counsel is ineffective and has a conflict of

17   interest, there has been a major breakdown in communication,

18   and he and his counsel differ as to strategy.

19             I note that although the letter in which

20   Mr. Golden asked to proceed pro se is dated January 5th, I

21   did not receive that letter until February 11th, which was

22   after I received Mr. Golden's other letter where he asked

23   for a new attorney.

24             So, Mr. Golden, I'm going to ask you some

25   questions now, and I have to ask you to answer those

1    questions under oath.  So if you will raise your right hand,

2    sir, I'll swear you in.

3                    (Defendant sworn.)

4             THE COURT:  All right.  You can put your hand

5    down.  Thank you, Mr. Golden.

6    BY THE COURT:

7    Q.  Mr. Golden, because you are now under oath, I'm required

8    to warn you that if you say anything that is false today,

9    you could be prosecuted for the separate crime of perjury,

10   and the government could use against you in that prosecution

11   any false statements you give under oath.  So it's important

12   you be truthful in everything you say today.  Do you

13   understand that?  I'm sorry?

14   A.  Yes, sir.  Yes, sir, Your Honor.

15   Q.  I'm sorry, I just didn't hear you.

16            If you wish to talk to Mr. Brown at any time

17   today, you're welcome to do so.  So if I ask you a question

18   and you're not sure how to answer my question and you want

19   to talk to Mr. Brown, just tell me you would like to talk to

20   him and we can give the two of you a chance to talk

21   privately without anybody else being able to hear or see

22   you.  Okay?

23   A.  Yes, sir.

24   Q.  All right.  If there's anything I say today that you do

25   not hear or you do not understand, please be sure to let me

1    know so I can make the question clear for you.

2              Do not answer a question that confuses you or that

3    you do not hear clearly, and do not tell me that you

4    understand something unless you really do understand it.

5    All right?

6    A.  Okay.  I have a question, though.

7    Q.  Sure.

8    A.  When you was just reading a letter, you said that you

9    assigned a new attorney.  Was it to me in May?  I don't

10   recall --

11   Q.  That was Mr. Brown.

12   A.  That was before I -- I spoke with you all, right?

13   Q.  Right.  That was back in May, a year ago, last May when

14   I replaced Mr. Morrison with Mr. Brown.

15   A.  Okay.

16   Q.  Okay?

17   A.  I didn't remember -- I didn't remember -- recall hearing

18   anything from you all until June.

19   Q.  I was referring to back when Mr. Brown started to

20   represent you.

21   A.  Mr. Brown was in June.

22   Q.  Well, I signed the papers appointing him in May.

23   A.  Oh, okay, sir.

24   Q.  Okay.  That's what I was referring to.

25   A.  Okay, sir.

1   Q.  Okay.  So, Mr. Golden, let me just ask you a few

2   questions just to start this morning.

3            Can you just state your full name, please, for the

4   record.

5   A.  Cornett Golden.

6   Q.  And how old are you, sir?

7   A.  Sixty.

8   Q.  And how far did you go in school?

9   A.  Eleventh.

10  Q.  To the eleventh grade?

11  A.  Yes.

12  Q.  Okay.  And did you drop out at that point?

13  A.  Yes.  It was in -- I think I dropped out in my twelfth

14  year, but I never -- like the first couple of months or

15  something.

16  Q.  Okay.  And have you ever gone back and gotten a GED or a

17  diploma?

18  A.  No, sir.

19  Q.  Okay.  Are you literate -- that is, are you able to read

20  pretty well?

21  A.  Yes, sir.

22  Q.  Okay.  Can you tell me just a little bit about your

23  employment history.  What sort of jobs have you worked at in

24  the past?

25  A.  When I was 18, my first real job was at General Motors

1    in Chicago, Illinois, La Grange.  I started there 12-'78.

2    And they closed down like in '89.  They moved them and they

3    gave us service pay, some of us that didn't move along with

4    them.

5              And my second that I call really a decent job was

6    Pan Am International Flight Academy out at Eagan.  I worked

7    there from like -- from like 2002 to like 2012, maybe 2011.

8    Q.  What did you do there?

9    A.  I was head supervisor over the Maintenance and the

10   Housekeeping Department.

11   Q.  Okay.  And what have you done since the end of that job?

12   A.  I was working -- before I came here, I was out of work.

13   I was supposed to be going back to a place called Douglas

14   Corporation.  That's out toward St. Louis Park.  I was

15   working 12 hours a day shifts out there, like four days on,

16   three days off.

17   Q.  Okay.

18   A.  I had stopped working due to the fact that I went to the

19   workhouse for 30 days and they couldn't hold -- they told me

20   I have to start over when I got out.  And I put the

21   application in, but it was a process.  You had to go back

22   through with the temp service.

23   Q.  Okay.  Is that where things were at at the time you were

24   arrested in this case?

25   A.  Yes, sir.

1    Q.  Okay.  I know you're in custody, Mr. Golden, but I have
2    to ask you just a couple questions about your use of drugs
3    and alcohol.
4             In last 24 hours, have you had any alcohol to
5    drink?
6    A.  No, sir.
7    Q.  Are you under the influence of alcohol this morning?
8    A.  No, sir.
9    Q.  And I'm going to ask you the same question about drugs,
10   and by "drugs" I mean anything that could be considered a
11   drug.  So I mean street drugs like marijuana or cocaine, I
12   mean prescription drugs you get from a doctor or even
13   over-the-counter drugs that you could buy in a grocery store
14   like aspirin or Tylenol.
15            In the last 24 hours, have you had any kind of
16   drugs or medications?
17   A.  Ibuprofen I was taking here, but not the 24 hours, no,
18   sir.
19   Q.  Okay.  So in the last 24 hours you haven't taken any
20   kind of drugs or medications; is that right?
21   A.  Yes, sir.
22   Q.  Okay.  And are you generally in good health?
23   A.  Yes, sir.
24   Q.  Have you recently been under the care of a doctor or
25   psychologist or counselor for any kind of physical or mental

1    problems?

2    A.  No, sir.

3    Q.  Okay.  And how are you feeling today?

4    A.  I just woke up, so -- sorry.

5    Q.  But otherwise you feel pretty good physically?

6    A.  Yes, sir.

7    Q.  All right.  And are you able to think clearly?

8    A.  I'm trying to get around to that right now.  Like I

9    said, I just -- I just got out of bed and walked up here.

10   Q.  Okay.  Well, I don't want to proceed if you don't think

11   you're thinking clearly.  You need --

12   A.  I'm okay, though.  I'm okay, though, Your Honor.

13   Q.  Okay.  You need to have a clear head to talk about legal

14   matters.

15   A.  Yes, sir.  I'm okay.

16   Q.  Okay.  We'll proceed, then.

17             So, Mr. Golden, as I said earlier, I've gotten two

18   different letters from you and they ask me for different

19   things.  One of the letters asks for a new attorney.  One of

20   the letters ask for permission for you to represent

21   yourself.  And so just let me just start by asking you what

22   are you asking for this morning?

23   A.  Well, Your Honor, for a new attorney that I am able to

24   represent myself.  I wouldn't mind having the -- a person on

25   the side advising me of my legal rights, an attorney on the

1  side, but I don't want it to be Mr. A.L. Brown.

2  Q.  Okay.  So I think what I'm going to do now is we're

3  going to -- I'm going to have a private conversation with

4  you that the prosecutors can't listen to so I can talk to

5  you about why you are not satisfied with Mr. Brown.  But you

6  should be able to talk to me about that without the

7  prosecutors hearing.

8          So I'm going to have Caryn now move the

9  prosecutors off this call so they won't be able to hear us,

10  and she will bring them back in when we're done.

11          (Sealed portion of the hearing commenced.)

12  XXXXXXXXXXXXXXX

13  XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXX

16          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXX

19  XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXXXXXXXXXXXXXXXXXX

23  XX   XXXXXXXXXX

24  XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
 1     XXXXXXXXXXXXXXXXXXXXXXXXXX

 2     XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 3     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 4     XXXXXXXXXXXXXXXXXXXXXXXXXXX

 5     XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 6     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 7     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 8     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 9     XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15     XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16     XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20     XXXXXXXXXXXXXXXXXXXXXXXX

21          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```



15

1     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22    XXXXXXXXXX

23             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16

```
1    XXXXXXX
2              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXX

5           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXX

10           XXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXX

12   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXX

3   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13  XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16  XXXXXXXXXXX

17  XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23  XXXXXXXXXXXXXXXXXXXXXXXXXX

24        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XXXXXXXXXXXXXXXXXXXXXXXXXX

3    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXX

25           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5   XXXXXXXXXXXXXXXXX

6          XXXXXXXXXXXXXXXXXXX

7          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16  XXXXXXXXXXXXX

17          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
 1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 2    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 3    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16    XXXXXXXXXXXXXXXXXXXXX
17            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXX

14           XXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXX

16   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4       XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXX

23  XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24  XX   XXXXXXXXXXXXXXXXXXXXXX

25  XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13          XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

```
1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XX   XXXXXX

3    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXX

22            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXX

25   XXXXXXXXXXXXX
```

1    XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2    XXXXXXXXXXXXXXXXXXXXXXXXXXX

3              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8    XXXXXXXXXXXXXXXX

9              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15                  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16             THE COURT:  I'm just waiting for Mr. Thompson.

17   Okay.  I'm told that Mr. Thompson is having internet

18   problems.  Let's just give him a minute to connect here.

19   There he is.

20             Mr. Thompson, are you able to hear me?

21             MR. THOMPSON:  I am now.  Yes, Your Honor.

22             THE COURT:  Okay.  Good.  I have had a lengthy

23   conversation with Mr. Golden and with Mr. Brown.  Let me

24   just quickly dictate a ruling for the record.

25             As I've explained to Mr. Brown [sic], a defendant

1        that seeks new counsel has the burden --

2                MR. BROWN:  Mr. Golden, Your Honor.

3                THE COURT:  I'm sorry, I keep saying that.  I

4        apologize.  Mr. Golden.

5                Defendant seeking new counsel has the burden to

6        establish justifiable dissatisfaction with counsel that was

7        appointed.  According to the Eighth Circuit, justifiable

8        dissatisfaction "can arise from irreconcilable conflict, a

9        complete breakdown in communication or any other factor

10       interfering significantly with an attorney's ability to

11       provide zealous representation."

12               The Eighth Circuit has repeatedly said, however,

13       that the defendant's right to counsel does not involve the

14       right to a meaningful relationship between an accused and

15       his counsel.  In other words, according to the Eighth

16       Circuit, "frustration with appointed counsel's performance

17       or disagreement with counsel's tactical decisions is not

18       justifiable dissatisfaction."  Instead, courts are to look

19       at the quality of advocacy in evaluating a claim for

20       dissatisfaction.

21               On this record I cannot find that Mr. Golden's

22       dissatisfaction with Mr. Brown is justified.  This is a

23       difficult case.  It looks to me, at least from what I know

24       of the case, that the evidence against Mr. Brown [sic]

25       appears to be overwhelming -- sorry, against Mr. Golden

1    appears to be overwhelming.  And I believe that Mr. Golden

2    may be acting in ways that make it somewhat of a challenge

3    to represent him.

4          As far as I can tell from what I have seen and

5    what I have heard in my conversations, Mr. Brown is

6    reasonably representing Mr. Golden and certainly has not

7    given him justifiable reason to be dissatisfied.

8          The fact that Mr. Golden disagrees with some of

9    the things Mr. Brown has said and done does not constitute

10   justifiable dissatisfaction.  So his motion for a new

11   attorney is denied.

12         I have explained to Mr. Brown at this point he has

13   three options:  he can continue to have Mr. Brown represent

14   him or his second option is that he can represent himself or

15   his third option is he can hire an attorney to represent him

16   if he has the funds to hire an attorney.

17         Mr. Golden has asked for a few days to think about

18   his options, so we're going to give him that time.  When he

19   is ready to talk again to me, he is going to let Mr. Brown

20   now.  Mr. Brown will let my office now, and we will set up a

21   hearing then and talk about how Mr. Brown [sic] -- I'm

22   sorry, Mr. Golden wants to proceed.  But I will not be

23   appointing a new attorney to represent him.  So if he wants

24   to be represented by counsel, it will be Mr. Brown.

25         Okay.  So we will adjourn this hearing, then.

1          Mr. Golden, I will wait to hear.  When you're

2     ready to talk again, just let Mr. Brown now and he will let

3     me know, and I will set you up a hearing like this for us.

4     Okay?

5               THE DEFENDANT:  Yes, sir.

6               THE COURT:  Okay.  Until then we will adjourn this

7     matter.  Thank you, everyone.

8               (Court adjourned at 9:46 a.m.)

9                         *     *     *

10          I, Debra Beauvais, certify that the foregoing is a

11     correct transcript from the record of proceedings in the

12     above-entitled matter.

13               Certified by:  *s/Debra Beauvais*
                                Debra Beauvais, RPR-CRR
14

15

16

17

18

19

20

21

22

23

24

25